CLOSED,PATENT

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:26−cv−13811−ADB

Valtrus Innovations Limited et al v. Markley Network Services LLC et al
Assigned to: Judge Allison D. Burroughs
Case in other court: United States Judicial Panel on Multidistrict Liti, MDL−3190
Cause: 35:271 Patent Infringement

Date Filed: 08/18/2026
Date Terminated: 09/04/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Valtrus Innovations Limited** represented by **Connor Houghton**
Reichman Jorgensen Lehman & Feldberg LLP
1909 K St, NW
Suite 800
Washington, DC 20006
202−894−7315
Email: choughton@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Key Patent Innovations Limited** represented by **Connor Houghton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Markley Network Services LLC**

**Defendant**

**Markley Cloud Services LLC**

**Defendant**

**Markley LLC**

**Defendant**

**Markley Management, Inc.**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2026 | Ï 1 | COMPLAINT against Markley Management, Inc., Markley Cloud Services LLC, Markley Network Services LLC, Markley LLC Filing fee: $ 405, receipt number AMADC−11968455 (Fee Status: Filing Fee paid), filed by Key Patent Innovations Limited, Valtrus Innovations Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, |

| | | |
|---|---|---|
| | | # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Civil Cover Sheet, # 13 ~~AO120 Form~~) (Houghton, Connor)<br>Modified on 8/18/2026: AO 120 filed as ECF 3 and removed due to improper filing by counsel − NEF regenerated (EZG). (Entered: 08/18/2026) |
| 08/18/2026 | Ï 2 | **ELECTRONIC NOTICE TO COUNSEL:** Counsel shall complete and file in PDF format a **Local Category Form**. The form can be found on the court's website under Resources/Forms. Counsel will use the event under Other Documents− Civil Cover Sheet & Category Sheet. (EZG) (Entered: 08/18/2026) |
| 08/18/2026 | Ï 3 | REPORT ON THE FILING OF AN ACTION REGARDING PATENT. (EZG) (Entered: 08/18/2026) |
| 08/18/2026 | Ï 4 | CORPORATE DISCLOSURE STATEMENT by Key Patent Innovations Limited, Valtrus Innovations Limited identifying Corporate Parent Key Patent Innovations Ltd. for Valtrus Innovations Limited; Corporate Parent New PP Licensing LLC for Key Patent Innovations Limited.. (Houghton, Connor) (Entered: 08/18/2026) |
| 08/18/2026 | Ï 5 | ELECTRONIC NOTICE of Case Assignment. Judge Allison D. Burroughs assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Paul G. Levenson. (JKK) (Entered: 08/18/2026) |
| 08/18/2026 | Ï 6 | Civil Cover Sheet & Category Sheet re 2 Notice (Other), by Key Patent Innovations Limited, Valtrus Innovations Limited. (Houghton, Connor) (Entered: 08/18/2026) |
| 08/19/2026 | Ï 7 | Summons Issued as to Markley Cloud Services LLC, Markley LLC, Markley Management, Inc., Markley Network Services LLC. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (CAM) (Entered: 08/19/2026) |
| 08/19/2026 | Ï 8 | Entered in error. (Entered: 08/19/2026) |
| 09/04/2026 | Ï 9 | Certified copy of MDL Conditional Transfer Order number 2 in MDL Case 3190 received from the Eastern District of Texas requesting transfer of case for consolidated pretrial proceedings. (LB) (Entered: 09/04/2026) |
| 09/04/2026 | Ï 10 | Case transferred to the Eastern District of Texas pursuant to Conditional Transfer Order entered by the MDL Panel on 9/4/2026. Case file electronically extracted to the Clerk in that district. (LB) (Entered: 09/04/2026) |